1004

[No. 769-1.  Division One—Panel 2.  June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN BERNARD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54177, Robert A. Hannan, J., entered August 21, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 867-1.  Division One—Panel 2.  June 14, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ORVILLE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 4432, Phillip G. Sheridan, J., entered November 16, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 650-1.  Division One—Panel 1.  June 21, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ELAINE CALLANDERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53020, William J. Wilkins, J., entered June 5, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 551-1.  Division One—Panel 1.  June 21, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST L. CHANDLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53021, Robert M. Elston, J., entered April 21, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.